# DL Drohan Lee

Vivian Rivera Drohan
T: (212)710-0004
vdrohan@dlkny.com

November 25, 2024

> The request is granted. The December 2, 2024 Initial Pretrial Conference and the parties' deadline to submit a joint letter and proposed case management plan are adjourned *sine die*. The parties shall submit a joint status letter by January 6, 2025. The Clerk of Court is respectfully directed to close Docket Number 18.
>
> SO ORDERED.
> Date: November 26, 2024
> New York, New York
>
> */s/ John P. Cronan*
> JOHN P. CRONAN
> United States District Judge

**VIA ECF**
Hon. John P. Cronan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *T.E. et al v. New York City Dep't. of Educ. et al,* 24-cv-471 (JPC)(RFT)

Dear Judge Cronan:

We represent Defendants in the above-referenced case, wherein Plaintiffs seek attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq*. ("IDEA"), as well as for this action.

The parties write jointly in accordance with the Court's November 12, 2024, Order to respectfully request an adjournment of the Initial Pretrial Conference ("IPTC") scheduled before Your Honor on December 2, 2024. ECF No. 17. This is the parties' first request for an adjournment of the IPTC. At this time, Defendants await authority to commence settlement negotiations and are endeavoring to make a settlement offer in the next three weeks. In light of the timing of the anticipated offer, the parties are respectfully requesting an adjournment of the IPTC so as to avoid the utilization of court resources and to allow the parties an opportunity to potentially resolve this matter without the need to burden the Court. The parties have successfully settled the majority of their cases together without motion practice and are optimistic this case will follow the same course.

Lastly, pursuant to Your Honor's November 12, 2024, Order, the parties are to submit a joint letter and proposed Case Management Plan ("CMP"). *Id*. In light of the requested adjournment of the IPTC for settlement purposes, we respectfully request a corresponding adjournment of the deadline for the joint letter and CMP. The parties propose the submission of a joint status letter on or before January 6, 2025, advising the Court on the status of settlement negotiations. Should the Court deny the requested adjournment of the IPTC, the parties respectfully request one business day to file the joint letter and CMP.

Thank you for considering these requests.

Respectfully Submitted,

By: */s/ Vivian Rivera Drohan*
Vivian Rivera Drohan, Esq.

cc: All counsel of record (via ECF)